**No. 11-6966. Manuel Borja-Vega, aka Samuel Vega, aka Carlos Ortega, aka Miguel Gomez-Borja, aka Andres M. Orrostieta, aka Bertin Aveja Granados, aka Nau Berduzco-Pena, aka Navor Reynosa Vega, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 601, 181 L. Ed. 2d 441, 2011 U.S. LEXIS 8254.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 373.

**No. 11-6968. Martin M. Gevers, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 602, 181 L. Ed. 2d 441, 2011 U.S. LEXIS 8162.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6970. Donnie Wayne Sheffield, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 602, 181 L. Ed. 2d 441, 2011 U.S. LEXIS 8135.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 364.

**No. 11-6972. Ray Blanks, Petitioner v. United States.**

565 U.S. 1045, 132 S. Ct. 602, 181 L. Ed. 2d 441, 2011 U.S. LEXIS 8205.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 439 Fed. Appx. 228.

**No. 10-1519. Florida, Petitioner v. David Lamar Garland.**

565 U.S. 1045, 132 S. Ct. 574, 181 L. Ed. 2d 441, 2011 U.S. LEXIS 8125.

November 14, 2011. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 70 So. 3d 609.

**No. 11-293. Jussi K. Kivisto, Petitioner v. Miller, Canfield, Paddock and Stone, PLC, et al.**

565 U.S. 1045, 132 S. Ct. 577, 181 L. Ed. 2d 441, 2011 U.S. LEXIS 8100.

November 14, 2011. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 413 Fed. Appx. 136.